UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 16-60583-CIV-MORENO**

KELLY BARTLETT,

      Plaintiff,

vs.

NAVIENT SOLUTIONS, NAVIENT CORPORATION and STUDENT ASSISTANCE CORPORATION.,

      Defendants.
_____/

<strong><u>FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE</u></strong>

THIS CAUSE came before the Court upon Plaintiff's Motion for Voluntary Dismissal Without Prejudice **(D.E. 26)**, filed on <u>**August 2, 2016**</u>.

THE COURT has considered the notice, the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ORDERED AND ADJUDGED** that this Cause is **DISMISSED** without prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii).

**DONE AND ORDERED** in Chambers at Miami, Florida, this _15_ of August 2016.

                                                                                     _____
                                                                                     FEDERICO A. MORENO
                                                                                     UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record